VALENTI LAW APC
Matt Valenti, Esq. (State Bar No. 253978)
E-mail: mattvalenti@valentilawapc.com
5252 Balboa Avenue, Suite 700
San Diego, CA 92117
Phone: (619) 540-2189

Attorney for Plaintiff Raul Uriarte-Limon

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL URIARTE-LIMON,<br><br>    Plaintiff,<br><br>  vs.<br><br>CASTANEDA BRAKE MASTERS INC.; ADAN CASTANEDA; and DOES 1-10,<br><br>    Defendants. | Case No.: 2:25-cv-06539-MWF-MAR<br><br>NOTICE OF SETTLEMENT |

Plaintiff RAUL URIARTE-LIMON hereby notifies the court that a global settlement has been reached in the above-captioned case and the parties would like to avoid any additional expense and further the interests of judicial economy. Plaintiff therefore applies to this Honorable Court to vacate all currently set dates with the expectation that Plaintiff will file a Notice of Dismissal with prejudice as to all parties pursuant to F.R.Civ.P. 41(a)(1)(A)(i) within 60 days.

Respectfully submitted,

DATED:  October 13, 2025                    VALENTI LAW APC


                                    By:   */s/ Matt Valenti*

                                          Matt Valenti, Esq.
                                          Attorney for Plaintiff

NOTICE OF SETTLEMENT - 2