JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL URIARTE-LIMON,<br><br>        Plaintiff,<br><br>   v.<br><br>CASTANEDA BRAKE MASTERS, INC., et al.,<br><br>        Defendants. | Case No. CV 25-6539-MWF(MARx)<br><br>ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE |

    The Court has considered the parties' Stipulation to Dismiss with Prejudice, filed December 4, 2025.  (Docket No. 22).  For good cause shown, the Stipulation is GRANTED, and IT IS HEREBY ORDERED that this action is DISMISSED with prejudice as to all parties.

    IT IS SO ORDERED.

Dated:  December 5, 2025

_____
MICHAEL W. FITZGERALD
United States District Judge